# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MONDESIR EDWIGE, SR., et al. | Case No. 2:25-09371 AH (ADS) |
|---|---|
| Plaintiff(s)/Petitioner(s) | **ORDER RE: REPORT AND RECOMMENDATION ON REQUEST TO PROCEED *IN FORMA PAUPERIS*** |
| v. | |
| VENTURA COUNTY DEPT. OF MOORPARK UNIFIED SCHOOL DISTRICT, et al. | |
| Defendant(s)/Respondent(s) | CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY |

The Court has reviewed the Report and Recommendation prepared by the United States Magistrate Judge on Plaintiff(s)'/Petitioner(s)' Request to Proceed *In Forma Pauperis* and the documents submitted with the IFP Request. The Court:

- [X] accepts the findings, conclusions and recommendations of the Magistrate Judge.
- [ ] rejects the findings, conclusions and recommendations of the Magistrate Judge.
- [ ] _____, the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Request to Proceed *In Forma Pauperis* is:

- [ ] **DENIED.** Plaintiff/Petitioner must pay the filing fees in full within 30 days of this order.
- [X] **DENIED.** This case is DISMISSED [ ] with prejudice. [X] without prejudice. **(JS-6).**
- [ ] **DENIED**, with leave to amend [ ] the IFP application [ ] the complaint/petition within 30 days. If Plaintiff/Petitioner fails to submit the required documents within 30 days, this case will be dismissed.
- [ ] **GRANTED.**
- [ ] **GRANTED. IT IS FURTHER ORDERED that:**
  In accordance with 28 U.S.C. § 1915, the prisoner-Plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within 30 days of this Order. Thereafter, monthly payments must be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2). Failure to pay the filing fee, as ordered, may result in dismissal of the case.
- [ ] **GRANTED;**
  - [ ] the Court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B) and, if applicable, § 1915A.
  - [ ] the Court will screen the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.
- [ ] Other:

Dated: NOVEMBER 5, 2025

By: /s/ Anne Hwang
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE